**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| PNC BANK NATIONAL ASSOCIATION,<br><br>Plaintiff(s),<br><br>vs.<br><br>LEWIS CONTRACTING SERVICES, LLC<br>Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:23-cv-828-JKL |

## J U D G M E N T

This action having come before the court, Honorable John K. Larkins, III, United States Magistrate Judge, for consideration of Plaintiff's Motion for Summary Judgment, and the court having Granted said motion, it is

**Ordered and adjudged** that LCS is liable to PNC (1) under the P-Card Agreement in the amount of $143,599.73 and (2) under the P-Card Agreement and O.C.G.A. § 13-1-11 for attorney fees and court costs in the amount of $12,206.00 and $224.48, respectively. It is further ordered and adjudged that judgment is entered in favor of PNC and against LCS.

Dated at Atlanta, Georgia, this 9th day of August, 2024.

        KEVIN P. WEIMER
        CLERK OF COURT

By:  s/D. Ross
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 9, 2024
Kevin P. Weimer
Clerk of Court

By: s/D. Ross
 Deputy Clerk